UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20329-CR-JORDAN

UNITED STATES OF AMERICA

vs.

THE LACTEOS FACTORY, INC.,

Defendant.
_____/

**PLEA AGREEMENT**

The United States of America and THE LACTEOS FACTORY, INC. (hereinafter referred to as the "defendant") enter into the following agreement:

1. The defendant agrees to plead guilty to Count 9 of the pending Indictment, which count charges the defendant with receiving, selling, and facilitating the transportation of merchandise after importation, knowing the same to have been brought into the United States contrary to law, that is, in violation of a designated hold by the United States Food & Drug Administration due to being misbranded and adulterated with *Staphylococcus aureus*, in violation of Title 18, United States Code, Sections 545 and 2.

2. The United States agrees to seek dismissal of the remaining counts of the indictment, as to this defendant, after sentencing.

3. The Parties agree and understand that, because the crime charged occurred after November 1, 1991, the United States Sentencing Guidelines relating to the sentencing of organizations (Chapter Eight) apply here, except to the extent that the provisions relating to the

calculation and imposition of fines for wildlife crimes do not apply to the offense charged in the criminal ~~Information.~~ Indictment.

4. The Parties agree that the statutory maximum amount of the fine to be imposed for the charged offense is $500,000.00, or twice the gross pecuniary gain or twice the gross pecuniary loss attributable to the relevant conduct, whichever is greater, and that the sentence may include a term of probation of at least one year but not more than five years. In addition, defendant understands that the Court may order restitution to any identifiable victims of the crime, and must order defendant to pay a $400.00 mandatory special assessment, which assessment defendant agrees to pay on the day of sentencing.

5. Defendant will provide to the United States and the Court written evidence in the form of a notarized legal document certifying that defendant is authorized to plead guilty to the criminal charge as set forth in the Indictment ~~Information~~, and to enter into and comply with all provisions of this Agreement. The notarized document shall further certify that the President of THE LACTEOS FACTORY, INC. is authorized to take these actions and that all corporate formalities required by law applicable in such instance, including, but not limited to, approval by defendant's directors, have been observed. Defendant agrees that its President shall appear on behalf of defendant to enter the guilty plea in the Southern District of Florida and shall also appear for imposition of sentence.

6. Defendant agrees to enter an unconditional plea of guilty to Count 9 of the pending Indictment. As a result of entering the guilty plea, Defendant expressly waives all defenses or objections to the criminal Count and reserves no future defenses or rights to appeal any decisions of the Court. Defendant further expressly agrees to waive all constitutional, statutory, common law,

jurisdictional, and non-jurisdictional defects in the proceedings and/or defenses to the criminal Count, including, but not limited to, any and all pretrial motions, post-trial motions, post-sentencing motions, defenses, objections, or collateral attacks.

7. Defendant is additionally aware that Title 18, United States Code, Section 3742 normally affords a defendant the right to appeal the sentence imposed. Acknowledging this, in exchange for the concessions and considerations by the United States contained herein, defendant hereby waives all rights conferred by Title 18, United States Code, Section 3742 to appeal any sentence imposed, any restitution order, any order of forfeiture, or to appeal the manner in which the sentence was imposed. Defendant further understands that nothing in this agreement shall affect the Government's right and/or duty to appeal as set forth in 18 U.S.C. Section 3742(b). However, if the United States appeals the defendant's sentence pursuant to Section 3742(b), the defendant shall be released from the above waiver of appellate rights. By signing this agreement, defendant acknowledges that it has discussed fully with its defense counsel this plea agreement and its consequences, including the various waivers set forth herein, and that defendant understands the nature and consequences of the plea agreement including the various waivers set forth herein. Defendant further agrees, together with the United States, to request that the Court enter a specific finding that the defendant's entry into this plea agreement, including the various waivers set forth herein, is both knowing and voluntary.

8. This is the entire agreement and understanding between the United States and

defendant. There are no other agreements, promises, representations, or understandings.

RESPECTFULLY SUBMITTED,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 7/14/10    By: _____
Thomas A. Watts-FitzGerald
Assistant States Attorney

Date: 7/16/10    By: _____
ROBERT J. BECERRA, ESQ
ATTORNEY FOR DEFENDANT

Date: 7/16/10    By: _____
FRANCISCA JOSEFINA LOPEZ
PRESIDENT, THE LACTEOS FACTORY, INC.

10-20399-CR-JORDAN

## CORPORATE RESOLUTION OF SOLE
## DIRECTOR OF LACTEOS FACTORY INC.

The Board of Directors, hereby solely consisting of Francisca Lopez, and having considered the plea agreement in the case of <u>United States v. The Lacteos Factory, Inc.</u>, Case No. 10-20329-Jordan, and being fully advised of the terms therein, hereby resolve:

1. Francisca Lopez as an officer of The Lacteos Factory, Inc., is hereby authorized to enter into and execute any legal document on behalf of The Lacteos Factory, Inc. in the aforementioned case.

2. Furthermore, Francisca Lopez, as an officer of The Lacteos Factory, Inc., is hereby authorized to execute the plea agreement on behalf of The Lacteos Factory, Inc., and bind the company to all its terms.

3. Francisca Lopez as an officer of The Lacteos Factory, Inc., is further authorized to act in any other way on behalf of Lacteos Factory, Inc., in reference to the aforementioned case.

4. Francisca Lopez as President of Lacteos Factory, Inc. shall appear in Court for the entry of the guilty plea on behalf of the Lacteos Factory, Inc. and shall appear on behalf of the company for the sentencing hearing in this case.

Be it RESOLVED, this 15th day of July, 2010.

_____
FRANCISCA LOPEZ, PRESIDENT AND
SOLE DIRECTOR OF THE LACTEOS FACTORY, INC.

State of Florida
County of Miami-Dade

Francisca Lopez, appeared before me on July 15, 2010 and executed this Corporate Resolution of Sole Director of Lacteos Factory, Inc. after being put under oath and advised of the penalties of perjury. Francisca Lopez is personally known to me or presented this identification _____.

ALICIA M. LOPEZ
MY COMMISSION # DD 618028
EXPIRES: November 28, 2010
Bonded Thru Notary Public Underwriters

_____
Notary Public, State of Florida

My commission expires: 11/28/10